Exhibit A

Clementine's

Marion Adams
Miki Alderink
Xia Aragon
Jennifer Arkins
Sherry Athey
Leah Bennett
Brendon Brady
Alexandr Brandow
Brittny Buck
Corey Cole
Holli Dannenberg
Krystal Davis
Xeriouse Davis
Thomas Denuyl
Mallory Dorrow
Anneke Dykstra
Brianna Edmonds
Olivia Ellis
Julian Fields
Kaleb Filbrand
Alysia Gaylord
Juliet Gibson
Tammy Gleeson
Jordan Griggs
Audrey Gruber
Jackson Gruber
Theresa Hampton
Janice Haney
Lauren Harry
Kaia Hayes
Heather Hicks
Robin Hicks
William Hodgkins
Dannenberg Holli
Lisa Houart
Parris Johnson
Erica Karr
Martin Kim
Lauren Kimbler
Aaron Kirby
Andrew Klapp

Carol Klock
Smith Lydia
Jenna Marr
Katherine Marr
Kristen Marr
McCauy Marr
Kim Martin
Wendy Meyer
Elysiah Moore
William Morgan
Shannon Murphy
Alexiss Oliver
James O'Neil
Joe O'Neil
Aaron Overhiser
Kelsy Overhiser
Kortney Overhiser
Eric Payerle
Samantha Price
Jessica Reitz
Samantha Reitz
Allie Remick
Tammy Rexhepi
Caitlin Ruppert
Cole Ruppert
Krysta Rydecki
Jennifer Sistrunk
Lydia Smith
Sydnee Smith
Syndee Smith
Jaime Springer
Jamie Springer
Colin Stivers
Alayah Till
Kyle Till
Ken Toner
Audrey Valentine
Heather Valentine
Coree Walker
Lisa Wickes
Morgan William
Brianna Young
Michelle Zwalua

Clementine's Too

Aleah Fisher
Amanda Palmer
Amber Mendoza
Anna Kapapula
Ashley Lewis
Austin Knight
Brandon Rock
Brooke Motti
Carter Scramlin
Cheri Burkhard
Chris Jones
Diana Herwick
Emily Dine
Emily Zavoral
Eric Adler
Eric Bluschke
Grace Haase
Hayden Prillwitz
Hayley Grayam
Heidi Dragiwicz
Jacob King
Jenny Johnson
John Carey
Josi Cooper
Kandace Texco-Juarez
Kayla Ott
Kaylee Reyna
Kelsey Berndt
Mel Wolfram
Melissa Zimmer
Mike Linsmeier
Nicholas Cunningham
Robert Palmer
Sandra Harper
Taylor Rushlow
Tommy Wolf
Tyler Evans